BELA BARUCH BLOOM, Appellant, v. BENNO LEVISON and Another, Respondents.— Judgment reversed, with costs of appeal to appellant, and judgment ordered for plaintiff for $737 and interest from March 24, 1916, with costs, on the authority of *Curtiss* v. *Teller* (157 App. Div. 804;

affd., 217 N. Y. 649). Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith and Page, JJ.